IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CAREFX CORP., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sentillion, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : (617) 395-7000

Dated: January 6, 2006

/s/ K. Tyler O'Connell
Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Sentillion, Inc.

RLF1-2966370-1