IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., | ) |
| | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 06-013 (SLR) |
| | ) |
| CAREFX CORP., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant and Counterclaim-Plaintiff. | ) |

## DEFENDANT CAREFX'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Carefx Corp. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John W. Osborne
Peter N. Fill
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101
(212)415-8700

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Dated: April 3, 2006
726208 / 30132

*Attorneys for Defendant Carefx Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 3, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

I hereby certify that on April 3, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

726216