THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., | ) |
| | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 06-13 (SLR) |
| | ) |
| CAREFX CORP., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant and Counterclaim-Plaintiff. | ) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John W. Osborne and Peter N. Fill of Morgan & Finnegan, L.L.P., 3 World Financial Center, New York, New York 10281 to represent defendant Carefx Corp. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Dated: April 26, 2006
727629

*Attorneys for Defendant Carefx Corp.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 25, 2006     Signed:  /s/ John W. Osborne
                                  John W. Osborne
                                  Morgan & Finnegan, L.L.P.
                                  3 World Financial Center
                                  New York, New York 10281
                                  Telephone: (212) 415-8700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 25, 2006    Signed:    /s/ *Peter N. Fill*
Peter N. Fill
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, New York 10281
Telephone: (212) 415-8700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on April 26, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

I hereby certify that on April 26, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

726216