IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> v. <br><br> CAREFX CORP., <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No.: 06-cv-013 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 18, 2006, true and correct copies of the (i) the Initial Disclosures of Sentillion, Inc.; (ii) Sentillion, Inc.'s First Set of Interrogatories; and (iii) Sentillion, Inc.'s First Set of Requests For The Production of Documents and Tangible Things were served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

Richard L. Horowitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801

**BY FIRST-CLASS MAIL**

John W. Osborne
Peter N. Fill
Morgan & Finnegan LLP
3 World Financial Center
New York, NY 10281-2101

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, Massachusetts  02142
(617) 395-7000

Dated:  May 18, 2006

/s/ K. Tyler O'Connell
Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Sentillion, Inc.

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2006, I caused the following documents to be sent to counsel of record in the manner indicated below: (i) the Initial Disclosures of Sentillion, Inc.; (ii) Sentillion, Inc.'s First Set of Interrogatories; and (iii) Sentillion, Inc.'s First Set of Requests For The Production of Documents and Tangible Things:

**BY E-MAIL AND HAND DELIVERY**
Richard L. Horwitz, Esq.
Kenneth L. Dorsney, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801

**BY FIRST CLASS MAIL**
John W. Osborne, Esq.
Peter N. Fill, Esq.
Morgan & Finnegan, LLP
3 World Financial Center
New York, New York 10281-2101

_/s/ K. Tyler O'Connell_
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
oconnell@rlf.com