IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | |
| v. ) | C.A. No. 06-13 (SLR) |
| ) | |
| CAREFX CORP., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant and Counterclaim-Plaintiff Carefx Corp., hereby certifies that copies of the **Defendant and Counterclaim Plaintiff Carefx's Rule 26(a) Initial Disclosures** were caused to be served on May 18, 2006, on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

### VIA ELECTRONIC MAIL

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John W. Osborne
Peter N. Fill
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY  10281
Tel: (212) 415-8700

Dated: May 18, 2006
732975 / 30132

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware  19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant and Counterclaim
Plaintiff Carefx Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 18, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

I hereby certify that on May 18, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     Kenneth L. Dorsney
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware  19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

726216