## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

May 19, 2006

**VIA E-FILING**

The Honorable Chief Judge Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Sentillion, Inc. v. Carefx Corp.*, C.A. 06-013-SLR

Dear Chief Judge Robinson:

In anticipation of the Rule 16 teleconference for Tuesday, May 23 at 9:00 a.m., the parties have discussed a proposed Rule 16 Scheduling Order. Enclosed is the product of those discussions. As is evident, the parties have agreed on certain paragraphs. However, where they disagree, we have inserted each party's position. In the interim, if the Court has any questions or comments, please do not hesitate to call.

Respectfully,

Frederick L. Cottrell, III

Enclosure

cc:   Aaron W. Moore, Esquire (vie electronic mail)
      Richard L. Horwitz, Esquire (via e-filing and hand delivery)
      Kenneth L. Dorsney, Esquire (via e-filing and hand delivery)
      John W. Osborne, Esquire (via electronic mail)
      Peter N. Fill, Esquire (via electronic mail)

RLF1-3015946-1