IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-013 (SLR) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CAREFX CORP., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew B. Lowrie of Lowrie, Lando & Anastasi, LLP to represent Plaintiff and Counterclaim-Defendant Sentillion, Inc. in this action.

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, Massachusetts 02142
(617) 395-7000

Dated: May 19, 2006

/s/ K. Tyler O'Connell
Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
   Attorneys for Sentillion, Inc.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

RLF1-3014967-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of Massachusetts Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street, Eleventh Floor
Cambridge, Massachusetts 02142
(617) 395-7000

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esq.
Kenneth L. Dorsney, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801

I hereby certify that on May 19, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

John W. Osborne, Esq.
Peter N. Fill, Esq.
Morgan & Finnegan, LLP
3 World Financial Center
New York, New York 10281-2101

K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
oconnell@rlf.com