**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

May 24, 2006

**VIA E-FILING**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: **Sentillion, Inc. v. Carefx Corp.,**
**C.A. No. 06-013 (SLR)**

Dear Chief Judge Robinson:

  Enclosed for Your Honor's consideration is a proposed form of scheduling order for this action. As requested, the order reflects the rulings made and the dates selected by Your Honor during yesterday's scheduling teleconference. If the order meets with Your Honor's approval, the parties respectfully request that it be entered at the Court's convenience.

  As always, if Your Honor has any questions regarding the proposed form of order or any other aspect of this matter, counsel remains available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLCIII/th
cc: Aaron W. Moore, Esquire (vie electronic mail)
  Richard L. Horwitz, Esquire (via e-filing and hand delivery)
  Kenneth L. Dorsney, Esquire (via e-filing and hand delivery)
  John W. Osborne, Esquire (via electronic mail)
  Peter N. Fill, Esquire (via electronic mail)

RLF1-3017596-1