## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | C.A. No. 06-13 (SLR) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CAREFX CORP., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant and Counterclaim-Plaintiff Carefx Corp., hereby certifies that copies of **(1) Defendant and Counterclaim Plaintiff Carefx's First Set of Interrogatories to Plaintiff and Counterclaim Defendant Sentillion; and (2) Defendant and Counterclaim Plaintiff Carefx's First Set of Requests For Production of Documents and Things to Plaintiff and Counterclaim Defendant Sentillion** were caused to be served on June 14, 2006, on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

**VIA ELECTRONIC MAIL**

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John W. Osborne<br>Peter N. Fill<br>Morgan & Finnegan, L.L.P.<br>3 World Financial Center<br>New York, NY  10281<br>Tel:  (212) 415-8700<br><br>Dated:  June 14, 2006 | By: */s/ Kenneth L. Dorsney*<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware  19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Carefx Corp.* |

736624

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on June 14, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

I hereby certify that on June 14, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

726216