**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SENTILLION, INC., | ) |
| | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| | )    C.A. No. 06-13 (SLR) |
| v. | ) |
| | )    **JURY TRIAL DEMANDED** |
| CAREFX CORP., | ) |
| | ) |
| Defendant and Counterclaim-Plaintiff. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant and Counterclaim-Plaintiff Carefx Corp.,

hereby certifies that copies of the following documents were caused to be served on June

19, 2006, upon the following attorneys of record at the following addresses as indicated:

> CAREFX'S RESPONSES AND OBJECTIONS TO PLAINTIFF
> SENTILLION, INC.'S FIRST SET OF REQUESTS FOR THE
> PRODUCTION OF DOCUMENTS AND THINGS
>
> CAREFX'S RESPONSES AND OBJECTIONS TO PLAINTIFF
> SENTILLION, INC.'S FIRST SET OF INTERROGATORIES

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

**VIA ELECTRONIC MAIL**

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John W. Osborne
Peter N. Fill
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY 10281
Tel: (212) 415-8700

Dated: June 19, 2006

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendant and Counterclaim
Plaintiff Carefx Corp*

737472

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on June 19, 2006, the attached

document was hand-delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

I hereby certify that on June 19, 2006, I have Electronically Mailed the documents

to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

By:  _/s/ Kenneth L. Dorsney_ _____
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

726216