IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | Civil Action No.: 06-CV-013-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CAREFX CORP., ) | |
| ) | |
| Defendant and Counterclaim Plaintiff. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2006, true and correct copies of Sentillion, Inc.'s Supplemental Responses And Objections To Carefx Corp.'s First Set Of Interrogatories were served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY & E-MAIL**

Richard L. Horowitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, Delaware 19801

**BY FIRST-CLASS MAIL**

John W. Osborne
Peter N. Fill
Morgan & Finnegan LLP
3 World Financial Center
New York, NY 10281-2101

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, Massachusetts 02142
(617) 395-7000

Dated: August 15, 2006

/s/ K. Tyler O'Connell
Frederick L. Cottrell III (ID NO. 2555)
cottrell@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
    Attorneys for Sentillion, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esq.
Kenneth L. Dorsney, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801

I hereby certify that on August 15, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

John W. Osborne, Esq.
Peter N. Fill, Esq.
Morgan & Finnegan, LLP
3 World Financial Center
New York, New York 10281-2101

/s/ K. Tyler O'Connell
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Oconnell@rlf.com

RLF1-3048405-1