IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CAREFX CORP., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 06-013 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff and Counterclaim Defendant Sentillion, Inc. ("Sentillion") respectfully requests that the Court modify the Rule 16 Scheduling Order entered by the Court on May 30, 2006 (the "Scheduling Order") (D.I. 16) in two respects: (1) to move the deadline for the completion of document production from November 1, 2006 to November 22, 2006, and (2) to move the in-person discovery status conference currently scheduled November 2, 2006 to a time after November 22, 2006 that is convenient to the parties and Court. Defendant and Counterclaim Plaintiff Carefx Corp. ("Carefx") does not oppose the relief sought herein. Sentillion makes this motion for the following reasons:

1. The Scheduling Order currently provides that the parties will complete document production on or before November 1, 2006. *See* D.I. 16 at ¶ 2(b)(1). It similarly provides that an in-person discovery status conference shall take place on November 2, 2006 at 4:30 p.m. *See id* at ¶ 2(f)(1).

2. The parties are currently in the process of completing document production. Sentillion has learned that it will need additional time beyond November 1, 2006 in order to complete its document production. Sentillion informed Carefx of Sentillion's need for additional

time, and Carefx agreed not to oppose Sentillion's request for three additional weeks to complete document production. The parties have agreed to produce documents on a rolling basis until production is complete, including a substantial volume of documents on November 1. Sentillion therefore respectfully requests that paragraph 2(b)(1) of the Scheduling Order be modified to extend the deadline for the completion of document production to November 22, 2006. The Court's granting three additional weeks to complete document production will not jeopardize the parties' ability to complete discovery in accordance with the other deadlines of the Scheduling Order, and will not affect any other deadlines in the Scheduling Order.

4.  Should the Court grant this motion and extend the deadline for the completion of document production to November 22, 2006, Sentillion further respectfully requests that the in-person discovery status conference currently scheduled for November 2, 2006 be rescheduled for a time convenient to the parties and the Court after November 22, 2006. To the extent the discovery status conference is intended to address any issues relating to the parties' document production, Sentillion submits that those issues will be best addressed following the completion of document production. Carefx does not oppose this request.

WHEREFORE, for the foregoing reasons, Sentillion respectfully requests, and Carefx does not oppose, that the Court enter its proposed form of Order attached hereto.

OF COUNSEL:

Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, Massachusetts 02142
(617) 395-7000

Dated: October 27, 2006

*/s/ K. Tyler O'Connell*

Jeffrey L. Moyer (ID NO. 3309)
moyer@rlf.com
K. Tyler O'Connell (ID NO. 4514)
oconnell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  Attorneys for Sentillion, Inc.

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for Plaintiff and Counterclaim Defendant Sentillion, Inc. ("Sentillion") has consulted with counsel for Defendant and Counterclaim Plaintiff Carefx Corp. ("Carefx") and determined that Carefx consents to the relief sought in the attached motion.

_____
K. Tyler O'Connell (#4514)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esq.
Kenneth L. Dorsney, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801

I hereby certify that on October 27, 2006, I have sent by U.S. Regular Mail, the foregoing document to the following non-registered participants:

John W. Osborne, Esq.
Peter N. Fill, Esq.
Morgan & Finnegan, LLP
3 World Financial Center
New York, New York 10281-2101

_____
K. Tyler O'Connell (#4514)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Oconnell@rlf.com

RLF1-3005056-1