# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

K TYLER O'CONNELL

DIRECT DIAL NUMBER
302-651-7820
OCONNELL@RLF.COM

November 1, 2006

**VIA E-FILING**

The Hon. Sue L. Robinson
Chief Judge
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: <u>Sentillion, Inc. v. Carefx Corp.</u>,
    C.A. No. 06-013 (SLR)

Dear Judge Robinson:

Enclosed for Your Honor's consideration is a proposed form of stipulated protective order to govern discovery in this action. If the order meets with Your Honor's approval, the parties respectfully request that it be entered at the Court's convenience.

As always, if Your Honor has any questions regarding the proposed form of order or any other aspect of this matter, counsel remains available at the Court's convenience.

Respectfully submitted,

*/s/ K. Tyler O'Connell*

K. Tyler O'Connell (DE Bar No. 4514)

cc:   Aaron W. Moore, Esquire (vie electronic mail)
      Richard L. Horwitz, Esquire (via e-filing and hand delivery)
      Kenneth L. Dorsney, Esquire (via e-filing and hand delivery)
      John W. Osborne, Esquire (via electronic mail)
      Peter N. Fill, Esquire (via electronic mail)