IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> CAREFX CORP., <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 06-013 (SLR) <br><br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER

Upon consideration of Plaintiff and Counterclaim Defendant Sentillion, Inc.'s Unopposed Motion to Amend the Scheduling Order (the "Motion"), in the above-captioned action, and after considering the Motion and Defendant and Counterclaim Plaintiff's Carefx Corp.'s lack of objection thereto, the Court finds that the Motion should be GRANTED in all respects. IT IS THEREFORE ORDERED that:

1. Paragraph 2(b)(1) of the Court's May 30, 2006 Scheduling Order (the "Scheduling Order") is hereby amended to read that document production shall be completed on or before November 22, 2006;

2. Paragraph 2(f)(1) of the Scheduling Order is hereby amended to provide for an in-person discovery status conference to take place following November 22, 2006 on 12/7 ____, 2006 at 4:30 [a.m./(p.m.)].

3. The Scheduling Order shall otherwise remain in full force and effect.

IT IS SO ORDERED this 4th day of November, 2006

_____
UNITED STATES DISTRICT JUDGE

RLF1-3074782-1