IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., ) | |
| ) | |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | C.A. No. 06-13 (SLR) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CAREFX CORP., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Carefx Corp., hereby certifies that copies of the following documents were caused to be served on November 22, 2006, upon the following attorneys of record at the following addresses as indicated:

CAREFX'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF
SENTILLION, INC.'S FIRST SET OF INTERROGATORIES

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

**VIA ELECTRONIC MAIL**

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

                          POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ Kenneth L. Dorsney* |
| | Richard L. Horwitz (#2246) |
| John W. Osborne | Kenneth L. Dorsney (#3726) |
| Peter N. Fill | Hercules Plaza, 6th Floor |
| Morgan & Finnegan, L.L.P. | 1313 N. Market Street |
| 3 World Financial Center | Wilmington, Delaware 19801 |
| New York, NY 10281 | Tel: (302) 984-6000 |
| Tel: (212) 415-8700 | rhorwitz@potteranderson.com |
| | kdorsney@potteranderson.com |
| Dated: November 22, 2006 | |
| 763710 | *Attorneys for Defendant Carefx Corp.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Kenneth L. Dorsney, hereby certify that on November 22, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
K. Tyler O'Connell
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

    I hereby certify that on November 22, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Matthew B. Lowrie
Aaron W. Moore
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, Massachusetts 02142
mlowrie@ll-a.com
AMoore@ll-a.com

                                              By:  */s/ Kenneth L. Dorsney*
                                                         Richard L. Horwitz
                                                         Kenneth L. Dorsney
                                                         Hercules Plaza, 6th Floor
                                                         1313 N. Market Street
                                                         Wilmington, Delaware  19899-0951
                                                         (302) 984-6000
                                                         rhorwitz@potteranderson.com
                                                         kdorsney@potteranderson.com

726216