THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTILLION, INC., | ) |
| | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 06-13 (SLR) |
| | ) |
| CAREFX CORP., | ) |
| | ) |
| Defendant and Counterclaim-Plaintiff. | ) |

**STIPULATION OF DISMISSAL OF CLAIMS BETWEEN
SENTILLION, INC. AND CAREFX CORPORATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff SENTILLION, INC. ("Sentillion") and Defendant CAREFX CORPORATION ("Carefx"), by their undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Sentillion's claims against Carefx and Carefx's counterclaims against Sentillion in the above-referenced action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Richard L. Horwitz* |
| Frederick L. Cottrell III (#2555) | Richard L. Horwitz (#2246) |
| cottrell@rlf.com | rhorwitz@potteranderson.com |
| K. Tyler O'Connell (#4514) | Kenneth L. Dorsney (#3726) |
| oconnell@rlf.com | kdorsney@potteranderson.com |
| Richards, Layton & Finger | Potter Anderson & Corroon, LLP |
| One Rodney Square | Hercules Plaza, 6th Floor |
| P.O. Box 551 | 1313 N. Market Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware |
| (302) 651-7700 | (302) 984-6000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Dated: December 28, 2006 | Dated: December 28, 2006 |

IT IS SO ORDERED this _____ day of _____, 200__

_____
United States District Court Judge

RLF1-3099033-1