IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENTILLION, INC., | : | |
| | : | |
| Plaintiff and | : | |
| Counterclaim Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 06-13-SLR |
| | : | |
| CAREFX CORP., | : | |
| | : | |
| Defendant and | : | |
| Counterclaim Plaintiff. | : | |

## ORDER

At Wilmington this **8th** day of **January, 2007,**

IT IS ORDERED that the mediation conference scheduled for Wednesday, March 14, 2007 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE